Mara D. Curtis (SBN 268869)
Rafael N. Tumanyan (SBN 295402)
REED SMITH LLP
515 South Flower Street, Suite 4300
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080
Email: mcurtis@reedsmith.com
       rtumanyan@reedsmith.com

Rae Y. Chung (SBN 318300)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269
Email: raechung@reedsmith.com

Attorneys for Defendant
ALBERTSON'S LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REYES ALVAREZ, as an individual and on behalf of other Aggrieved Employees,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>[Superior Court of California, Orange Case No. 30-2025-01486816-CU-OE-CXC]<br><br>**DEFENDANT ALBERTSON'S LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>Complaint Filed: May 30, 2025<br>Trial Date: None |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Albertson's LLC ("Albertson's") makes this corporate disclosure statement, by and through their attorneys, Reed Smith LLP. The undersigned counsel of record for Albertson's, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Defendant Albertson's LLC's sole member is Albertsons Safeway LLC.

2. Albertsons Safeway LLC's sole member is Albertsons Companies, Inc.

3. Albertsons Companies, Inc. does not have a parent company and there is no publicly held corporation owning 10% or more of its stock. Albertsons Companies, Inc. is publicly traded.

Dated:   July 2, 2025            REED SMITH LLP

                                 By:   /s/ Mara D. Curtis
                                       Mara D. Curtis
                                       Rafael N. Tumanyan
                                       Rae Chung

                                       Attorneys for Defendant
                                       ALBERTSON'S LLC